# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

DELTA EXPRESS, LLC                                            PLAINTIFF

v.                    No. 3:06CV00185 JLH

NYK LINE (NORTH AMERICA), INC.                            DEFENDANT

## ORDER

The joint motion to extend deadline to file motions is GRANTED. Document #13. All motions, except motions in limine, must be filed on or before May 21, 2007.

IT IS SO ORDERED this 19th day of April, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE