# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

DELTA EXPRESS, LLC                                                      PLAINTIFF

vs.                      NO. 3:06CV00185 JLH

NYK LINE (NORTH AMERICA), INC.                            DEFENDANT

### **ORDER**

The Court has determined that the trial of this matter scheduled for the week of June 18, 2007, in Jonesboro, Arkansas, should be continued due to the Court's schedule. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 29th day of May, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE