## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**DELTA EXPRESS, LLC**                                                          **PLAINTIFF**

**vs.**                    **CASE NO. 3-06-CV-00185JLH**

**NYK LINE (NORTH AMERICA), INC.**                                     **DEFENDANT**

### ORDER

Now on this 11th day of April, 2008, comes on for consideration the above-styled cause. It appearing to the Court that the matter has been settled, counsel for all parties having so advised the Court, it is so ORDERED that the case be, and is hereby dismissed with prejudice.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE